JEFFREY A. DINKIN, State Bar No. 111422
  jdinkin@stradlinglaw.com
JARED W. SPEIER, State Bar No. 311751
  jspeier@stradlinglaw.com
CORY BAKER, State Bar No. 315763
  cbaker@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
800 Anacapa Street, Suite A
Santa Barbara, CA 93101
Telephone: 805 730 6800

Attorneys for Defendant
DECKERS CONSUMER DIRECT CORPORATION

SOMMERS SCHWARTZ, P.C.
Kevin J. Stoops (State Bar #332200)
1801 Century Park E #860
Los Angeles, CA 90067
Telephone: (310) 579-0600
Kstoops@sommerspc.com

Alana A. Karbal (*pro hac vice forthcoming*)
One Towne Square
Southfield, MI 48076
Telephone: (248) 355-0300
Facsimile: (249) 746-4001
Akarbal@sommerspc.com

Attorneys for Plaintiff
CAITLYNNE MONEGAN, individually,
and on behalf of others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CAITLYNNE MONEGAN, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DECKERS CONSUMER DIRECT CORPORATION, a corporation,<br><br>Defendant. | CASE NO. 2:24-cv-02412 HDV (MAAx)<br><br>Hon. Hernán D. Vera<br>Magistrate Judge: Maria A. Audero<br><br>**NOTICE OF SETTLEMENT AS TO DECKERS CONSUMER DIRECT CORPORATION** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA BARBARA

NOTICE OF SETTLEMENT AS TO DECKERS CONSUMER DIRECT CORPORATION
4856-8130-6572v1/100550-1051

Pursuant to Central District of California Local Rule 40-2, Plaintiff CAITLYNNE MONEGAN ("Plaintiff") and Defendant DECKERS CONSUMER DIRECT CORPORATION ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby give notice that they have reached an agreement to settle this dispute between them. Consistent with that agreement, the Parties expect to file papers regarding a proposed stipulated dismissal of Defendant from this action within the next 45 days.

DATED: July 1, 2024                    STRADLING YOCCA CARLSON & RAUTH LLP


                                       By:  */s/ Jared W. Speier*
                                            Jeffrey A. Dinkin
                                            Jared W. Speier
                                            Cory Baker
                                            Attorneys for Defendant

DATED: July 1, 2024                    SOMMERS SCHWARTZ, P.C.


                                       By:  */s/ Kevin J. Stoops*
                                            Kevin J. Stoops
                                            Alana A. Karbal
                                            Attorneys for Plaintiff and the
                                            Putative Collective/Class
                                            Members

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA BARBARA

-2-
NOTICE OF SETTLEMENT AS TO DECKERS CONSUMER DIRECT CORPORATION
4856-8130-6572v1/100550-1051

ECF Attestation

I am the person who electronically filed this document, titled "NOTICE OF SETTLEMENT AS TO DEFENDANT DECKERS CONSUMER DIRECT CORPORATION." Pursuant to Central District of California Local Rule 5-4.3, I attest that the other signatories listed on this Notice concurred to its content, and have authorized this filing.

DATED: July 1, 2024   STRADLING YOCCA CARLSON & RAUTH, LLP

By:   /s/ *Jared W. Speier*
Jeffrey A. Dinkin
Jared W. Speier
Cory Baker
Attorneys for Defendant
DECKERS CONSUMER DIRECT CORPORATION